UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| PATRICIA HAMILTON AND THOMAS HAMILTON, <br> Plaintiffs, <br><br> v. <br><br> CENTOCOR, INC., RONALD J. HAUPTMAN, M.D., MICHAEL G. BULLEN, M.D., INFUSION CENTER, and OFFICE INFUSION CENTER, <br> Defendants. | § § § § § § § § § § § § | C.A. No. C-03-502 |

## JUDGMENT OF REMAND

It is the Final Judgment of this Court that this case is REMANDED to the County Court at Law No. 4 in Nueces County.

ORDERED this _20_ day of ____Jan____, 2004.

_____
H.W. HEAD, JR.
CHIEF JUDGE